# CASE ANNOUNCEMENTS
## *November 12, 2009*

[Cite as *11/12/2009 Case Announcements*, 2009-Ohio-5955.]

## MOTION AND PROCEDURAL RULINGS

2009–0330. **State v. Speer.**
Ottawa App. No. OT–07–046, 180 Ohio App.3d 230, 2008-Ohio-6947. This cause is pending before the court as an appeal from the Court of Appeals for Ottawa County. Upon consideration of the joint motion of appellant and amicus curiae Ohio Attorney General Richard Cordray to participate in oral argument scheduled November 17, 2009,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellant.